# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINE ROSENTHAL, N/K/A
CHRISTINE SCARPELLO,
      Appellant/Cross-Respondent,
vs.
ROBERT ROSENTHAL,
      Respondent/Cross-Appellant.

No. 68407

**FILED**

APR 04 2017

## ORDER DISMISSING APPEAL AND CROSS-APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal and cross-appeal are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. William S. Potter, District Judge, Family Court Division
       Carolyn Worrell, Settlement Judge
       Pecos Law Group
       Howard & Howard Attorneys PLLC
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-11130